**Opinion issued January 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00730-CV

_____

## MARK BLAYLOCK, Appellant

## V.

## KATIE SLEPH, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1202809**

---

## MEMORANDUM OPINION

Appellant, Mark Blaylock, appeals from a final judgment signed on July 3, 2023. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed

due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

The Court issued a notice on November 2, 2023 that the appeal might be subject to dismissal unless the filing fee was paid by December 4, 2023. The fee was not paid and no response was received.

On November 7, 2023, the Court issued a notice advising appellant that unless appellant filed a response by December 7, 2023, establishing that he had paid for the clerk's record or that he was indigent and exempt from paying for the clerk's record, the appeal might be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.